CHRISTIANSON, J.  This case was submitted at the same time as Blumardt v. McDonald, post, 518, 162 N. W. 409, and is controlled by that decision.  On the authority of that case, therefore, the order appealed from is reversed, and the cause remanded for further proceedings, in conformity with the views expressed therein.

---

## JACOB METZGER et al. v. CHAS. McDONALD, as Sheriff.

(162 N. W. 413.)

This case is governed by the decision rendered in Blumardt v. McDonald, post, 518.

Opinion filed April 20, 1917.

From an order of the District Court of Morton County, overruling a demurrer to the complaint, defendant appeals, *Nuessle,* Special Judge.
Reversed.

*John F. Sullivan* and *J. A. Heder,* for plaintiffs and respondents.
*Wm. Langer,* State's Attorney (now Attorney General), and *George E. Wallace,* for defendant and appellant.

CHRISTIANSON, J.  This case was submitted at the same time as Blumardt v. McDonald, post, 518, 162 N. W. 409, and is controlled by that decision.  On the authority of that case, therefore, the order appealed from is reversed, and the cause remanded for further proceedings, in conformity with the views expressed therein.